AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>A 2016 black Chevrolet Tahoe with Arizona plate TTA8HC<br>and vehicle identification number 1GNSCAKC1GR462741 | Case No.  22-9154 MB |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-2.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B-2.**

**YOU ARE COMMANDED** to execute this warrant on or before ___6/8/2022___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  ___5/25/2022 @ 11:52am___      *ESWillett*
                                                        _____
                                                        *Judge's signature*

City and state: <u>Phoenix, Arizona</u>      <u>Honorable Eileen S. Willett, U.S. Magistrate Judge</u>
                                            *Printed name and title*

## ATTACHMENT A-2

Target Vehicle 2 is a black 2007 Chevrolet Tahoe, bearing Arizona Plate Number TTA8HC, vehicle identification number 1GNSCAKC1GR462741, and registered to Teresa Michelle Moreno at 5214 W. Gwen Street; Laveen, Arizona, 85339.

## **ATTACHMENT B-2**

## **ITEMS TO BE SEIZED**

1. Records relating to distribution of controlled substances and records relating to the proceeds from the distribution of controlled substances, including:

    a. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase, sales, importation and distribution of controlled substances or the transportation or usage of drug-related proceeds;

    b. Drug ledgers, drug customer lists, drug inventory lists, weights and prices, dealer lists, criminal associates lists or any notes containing the individual names of such persons, telephone numbers or addresses of these customers or dealers, and any records of accounts receivable, money paid or received, drugs supplied or received, cash received or to be paid for controlled substances or intended to be paid for controlled substances;

    c. Records relating to the money remittance or distribution of money, specifically, direct deposit confirmations, money service businesses ("MSB") wires or wires from any financial institution, money orders, cashier's checks, check stubs, PayPal, check or money order purchase receipts, and account statements; and

1

   d. Records memorializing any wire transactions to or from any MSB or financial institution including Western Union, or money service business and any related correspondence both domestic and foreign.

   e. Records, receipts, documents, or packaging related to postal mailings.

2. Records indicating occupancy, residency, rental or ownership of residences, including utility and telephone bills, mail, canceled envelopes, rental, purchase or lease agreements, and keys.

3. Records of rental, ownership, or control over any vehicles, including titles, registrations, repair bills, and keys belonging to vehicles.

4. Safe deposit box keys, storage locker keys, and documents indicating the rental or ownership of such units.

5. Any cellular telephone(s) that might contain items to be seized in this warrant.

6. Records evidencing ownership or use of cellular telephones, including sales receipts, registration records, and records of payment for Internet access.

7. Features of cellular telephone(s), including any voice mails or other audio recordings, videos, photos, e-mails, Internet browsing history, calendars, to-do lists, cross-platform messaging applications (i.e. WhatsApp, BlackBerry Messenger), social networking applications (i.e. Facebook, Twitter, LinkedIn), and contact information.

8. Records of telephone calls placed to or from cellular telephone(s);

   a. Names and telephone numbers saved in cellular telephone(s)' address book(s);

2

   b. Text messages and electronic communications (i.e. WhatsApp messages, Blackberry messages, Facebook chats, Google chats) sent to or from cellular telephone(s) or other electronic means;

   c. Subscriber information relating to cellular telephone(s); and

   d. Other information in the stored memory or accessed by the electronic equipment.

9. Items to be searched in cellular telephone(s) includes evidence of the procuring of controlled substances, the receipt and delivery of controlled substances, the weighing of controlled substances, the obtaining of packaging supplies, the packaging and re-packaging of controlled substances, the shipping and transportation of controlled substances, the concealment and storage of controlled substances, the receipt of proceeds of the sale of controlled substances, the concealing and transportation of such proceeds and the expenditure of such proceeds, or the making of travel reservations to facilitate drug trafficking.

10. United States currency, foreign currency, precious metals, jewelry, automobile titles, financial instruments, stocks and bonds.

11. Photographs, including still photos, negatives, slides, video tapes, films, flash drives, or other digital media and the contents therein, in particular showing co-conspirators, criminal associates, U.S. currency, assets, firearms or controlled substances.

12. Paraphernalia related to the importation, transportation, use or distribution of controlled substances or materials commonly used for the clandestine shipment of

3

proceeds from the sales of controlled substances, including scales, bottles, baggies, knives/razors, plastic wrap/cellophane, tape, seals, boxes, packaging materials, scent masking agents, shipping labels, and storage containers.

13. Receipts for items or documents evidencing the expenditure of the proceeds of drug distribution, including real estate, vehicles, clothing, furniture, and electronic equipment.

14. Firearms or ammunition found in connection with evidence of drug trafficking.

15. Any illegal controlled substances.